## Commonwealth *v.* Houghton, Appellant (No. 2).

Argued May 22, 1906. Appeal, No. 109, April T., 1906, by defendant, from judgment of Q. S. Crawford Co., Sept. T., 1904, No. 24, on verdict of guilty in case of Commonwealth v. Samuel Houghton. Before RICE, P. J., PORTER, HENDERSON, MORRISON, ORLADY, HEAD and BEAVER, JJ. Affirmed.

OPINION BY HEAD, J., October 5, 1906:

For the reasons given in the case of Com. v. Houghton, ante, p. 528, in which an opinion has this day been filed, the judgment in this case is affirmed and the record remitted to the court below, with direction to have, the sentence imposed carried into effect.